IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : Case No.   3:19-CR-137 (13) |
| vs. | : HONORABLE WALTER H. RICE |
| Winn, Dae-Sean | : |
| Defendant | : |

### ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on April 20, 2020 removing the following condition:

1. *Participate in one of the following location restriction programs and abide by all the requirements of the program which will include (X) SmartLink Monitoring.*

Adding:

1. *Participate in one of the following location restriction programs and abide by all the requirements of the program which will include (X) Electronic monitoring.*

All other bond conditions remain in full force and effect.

Date: 6/19/2020

(tp - per Judge Rice authorization after his review)

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE